# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

MUTA ALI ABDUL NAFI,

    Petitioner,

v.                                         Case No. 3:11cv379/RV/CJK

MICHAEL D. CREWS,

    Respondent.

_____

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 25, 2013. (Doc. 32). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of those portions to which an objection has been made.

Having considered the Report and Recommendation and all objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's Report and Recommendation (doc. 32) is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (doc. 1), challenging the judgment of conviction and sentence in *State of Florida v. Muta Ali A Nafi a/k/a Steven Pressley* in the Circuit Court for Okaloosa County, Florida, Case No. 09-CF-214, is DENIED.

3. The Clerk shall close the file.

4. A certificate of appealability is DENIED

DONE AND ORDERED this 26th day of July, 2013.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**